No. 910, Misc. FULWOOD v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 911, Misc. SOLOMON v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 915, Misc. ADAMIETZ v. SMITH, POSTMASTER, PITTSBURGH. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Seymour Farber* for the United States.

No. 924, Misc. RHYCE v. RICHMOND, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 926, Misc. GRANT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 931, Misc. EDELSON v. MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Irving Galt* for respondent.

No. 934, Misc. ALEXANDER v. WYOMING ET AL. Supreme Court of Wyoming. Certiorari denied. Petitioner *pro se. Norman B. Gray,* Attorney General of Wyoming, and *W. M. Haight,* Deputy Attorney General, for respondents.